| Case | Docket | Date | Court/Board | Disposition |
|------|--------|------|-------------|-------------|
| Commonwealth v. WCAB (Logue) ...................... | 1447CD16 | 03/30/2017 | Workers' Compensation Appeal Board A15–0302 | Reversed and Remanded |
| Gibson v. PBPP ............... | 1456CD16 | 03/30/2017 | Board of Probation & Parole Parole No. 601–EQ | Affirmed |
| Jones v. WCAB (Villanova University)................... | 1531CD16 | 03/30/2017 | Workers' Compensation Appeal Board A15–1071 | Affirmed |
| Gondek v. PA Municipal Retirement Bd. ................... | 1594CD16 | 03/30/2017 | Municipal Retirement System 2014–02M | Affirmed |
| Garcia (Pearse), In re .......... | 315CD17 | 03/30/2017 | Lehigh County 2017–C–0766 | Affirmed |
| Weis Markets v. WCAB (Roman) | 1628CD16 | 03/31/2017 | Workers' Compensation Appeal Board A15–0641 | Affirmed |
| Clad Mgmt. v. PennDOT ........ | 819CD16 | 04/03/2017 | York County 2013–SU–4261–05 | Quashed |
| Lower Paxton Township v. UCBR...................... | 857CD16 | 04/03/2017 | Unemployment Compensation Board of Review B–586172–A | Reversed |
| Lewis v. UCBR ................ | 1718CD16 | 04/03/2017 | Unemployment Compensation Board of Review B–592465 | Affirmed |
| Leonard (Ely), In re ........... | 327CD17 | 04/03/2017 | Montgomery County 2017–04980 | Affirmed |
| Bowers v. UCBR............... | 798CD16 | 04/04/2017 | Unemployment Compensation Board of Review B–587299 | Affirmed |
| Davies–Coleman v. UCBR ...... | 1233CD16 | 04/04/2017 | Unemployment Compensation Board of Review B–590221 | Affirmed |
| Terrinoni v. WCAB (Wawa) ..... | 1353CD16 | 04/04/2017 | Workers' Compensation Appeal Board A15–1040 | Affirmed |
| Platt v. UCBR ................. | 1497CD16 | 04/04/2017 | Unemployment Compensation Board of Review B–591488 | Affirmed |